IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD E. LAWRENCE,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-4633 |
| | : | |
| **MARK V. CAPOZZA,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __1st__ day of September, 2021, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1), the Commonwealth's Answer (ECF No. 10), Petitioner's Response to the Commonwealth's Answer (ECF No. 13), and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 14), and Petitioner's Objections to the Report and Recommendation (ECF No. 16), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**